**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Dylan Defabio, | ) | |
| Plaintiff, | ) | |
| | ) | No. 25 CV 50395 |
| v. | ) | Judge Iain D. Johnston |
| | ) | |
| MIK Solutions Incorporated, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is a Report and Recommendation from Magistrate Judge Iasparro that the parties' joint motion for approval of settlement [25] be granted. Dkt. 28. "[T]he FLSA restricts one's ability to contract for wages below the minimum wage, so any settlement of an FLSA claim requires a judicial imprimatur." *Koch v. Jerry W. Bailey Trucking, Inc.*, 51 F.4th 748, 752 (7th Cir. 2022). Courts look to whether the FLSA settlement "represents a fair and reasonable resolution of a bona fide dispute." *Salcedo v. D'Arcy Buick GMC, Inc.*, 227 F. Supp. 3d 960, 961 (N.D. Ill. 2016). Judge Iasparro reviewed the agreement and release and concluded that settlement in the amount of $7,500, consisting of $1,975.50 in unpaid overtime, the same amount as liquidated damages, and $3,549.00 for fees, is fair and reasonable. No party has objected, and this Court concurs. Accordingly, the Court accepts Judge Iasparro's Report and Recommendation [28], and grants the motion for approval of settlement [25]. By 5/7/2026 the parties shall file a written report on when they anticipate filing a stipulation to dismiss.

Date: April 24, 2026          By:          _____

                                                    Iain D. Johnston
                                                    United States District Judge